# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STEPHANIE COBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-02132-JTF-atc |
| | ) |
| CITY OF MEMPHIS LIGHT, GAS & | ) |
| WATER DIVISION, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is a Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), filed on December 7, 2023. (ECF No. 16.) The parties stipulate to the dismissal of this action with prejudice. (*Id*.) The Court, being duly advised, finds that all claims in this action are dismissed with prejudice. Accordingly, each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED** this 11th day of December, 2023.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE