# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STEPHANIE COBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-02132-JTF-atc |
| ) | |
| CITY OF MEMPHIS LIGHT, GAS & ) | |
| WATER DIVISION, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Decision by the Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, entered on December 11, 2023. (ECF No. 17.)

## APPROVED:

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

December 11, 2023  
DATE

WENDY OLIVER  
CLERK

s/Dairanetta S. Spain  
(By) LAW CLERK